**Tandra OUBRE, Plaintiff–Appellant,**

v.

**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, Defendant–Appellee.**

No. 05–31045
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 24, 2006.

Dan Michael Scheuermann, Baton Rouge, LA, for Plaintiff–Appellant.

Mary Lenore Feeney, Taylor, Porter, Brooks & Phillips, Baton Rouge, LA, for Defendant–Appellee.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Tandra Oubre appeals the district court's ruling granting summary judgment to Defendant–Appellee Louisiana Department of Environmental Quality on her Title VII employment discrimination claims. Despite multiple claims asserted by Appellants and multiple theories supporting Appellee's motion for summary judgment, the district court's ruling was predicated only on "the written reasons to be filed at a later date." The record, however, does not reveal the subsequent entry of any written reasons supporting the ruling. "When we have no notion of the basis for a district court's decision, because its reasoning is vague or simply left unsaid, there is little opportunity for effective review. In such cases, we have not hesitated to remand the case for an illumination of the court's analysis through some formal or informal statement of reasons." *McIncrow v. Harris County,* 878 F.2d 835 (5th Cir.1989) (quoting *Myers v. Gulf Oil Corp.,* 731 F.2d 281, 284 (5th Cir.1984)). Therefore, we vacate the district court's judgment and remand this case to the district court to permit the district court to give reasons for its decision and to enter final judgment.

VACATED and REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.